PER CURIAM.
Affirmed. See Wilkins v. State, 713 So.2d 1014 (Fla.1998); State v. Myers, 713 So.2d 1013 (Fla.1998); Vemold v. State, 376 So.2d 1166 (Fla.1979); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Mills v. State, 840 So.2d 464 (Fla. 4th DCA 2003); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
CASANUEVA, KHOUZAM, and MORRIS, JJ., Concur.